**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| JOSE ANTOLIN VEGA GARCIA,<br><br>*Petitioner*,<br><br>v.<br><br>CHRISTOPHER BULLOCK and<br>MARKWAYNE MULLIN,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-342<br><br>Judge Atchley<br><br>Magistrate Judge Dumitru |

**ORDER**

On October 26, 2026, Petitioner Jose Antolin Vega Garcia, by and through counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention without a bond hearing in violation of the Immigration and Nationality Act and his due process rights. [*See* Doc. 1 ¶ 5]. Petitioner has paid the filing fee.

Based on counsel's verified allegations in the petition, the Court finds good cause exists to require Respondents to file the administrative record and a response to the petition by **November 2, 2026**. *See* 28 U.S.C. § 2243. Petitioner may file any desired reply by **November 4, 2026**. The Court **DIRECTS** the Clerk to forward one copy of the petition [Doc. 1] and this Order to each Respondent.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**