**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| JOSE ANTOLIN VEGA GARCIA,<br><br>*Petitioner,*<br><br>v.<br><br>CHRISTOPHER BULLOCK and<br>MARKWAYNE MULLIN,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-342<br><br>Judge Atchley<br><br>Magistrate Judge Dumitru |

**ORDER**

Petitioner Jose Antolin Vega Garcia, by and through counsel, requests a two-day extension of time to file his Reply in Support of His Petition for Writ of Habeas Corpus [Doc. 9]. Upon due consideration, and counsel's representation that the motion is unopposed by Respondents, the Court **GRANTS** the motion. Petitioner shall have through **November 6, 2026**, to file his Reply.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**